CAROLYN BUGE v. YELLOW MANUFACTURING CREDIT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS ROVEGNO and CLOTILDA ROVEGNO v. CORINNE PARROTT KANE.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. WILLIAM BEERS CROWELL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

BIAGIO AMALFI v. POST & McCORD and HEGEMAN-HARRIS Co., INC., Impleaded, etc.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant Post & McCord filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. KURT STADE.— Motion for a reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IVOR B. CLARK, INC., v. HOWARD BURDICK and Others, Impleaded, etc.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JOHN MCLAUGHLIN, as Administrator, etc., of ELLEN HUNT LANG, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by THOMAS MCLAUGHLIN.— Motion for a stay denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (November 27, 1936.)

In the Matter of the Arbitration of Certain Differences between LEW MORRIS DEMOLITION Co., INC., Petitioner, Respondent, and GEORGE F. DRISCOLL COMPANY, Appellant.

Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and deny the motion; dissenting opinion by Untermyer, J.

UNTERMYER, J. (dissenting). The contract provides for arbitration only with respect to (1) " the true construction or meaning of the drawings or specifications," and (2) " the true value of the extra work, or of the work omitted by the Sub-